# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:14-CV-219-BR

| | |
|---|---|
| **Helen McKoy Blanks, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE**

This matter comes before the undersigned on the motion of the movant, Louise Vernell Monroe, Administratrix of the Estate of Billie Monroe, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Louise Vernell Monroe, Administratrix of the Estate of Billie Monroe, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Billie Monroe the following: "Louise Vernell Monroe, Administratrix of the Estate of Billie Monroe."

So ordered, this the 26th day of September, 2018.

_____

Robert B. Jones, Jr.
United States Magistrate Judge